# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JAMES PUDLOWSKI, LOUIS C. CROSS, III, )
GAIL HENRY, and STEVE HENRY, on )
behalf of themselves and all others similarly ) Case No. _____
situated, )
 )
        *Plaintiffs*, )
 )
    v. )
 )
THE ST. LOUIS RAMS, LLC, THE )
ST. LOUIS RAMS PARTNERSHIP, )
and ITB FOOTBALL COMPANY, LLC, )
 )
        *Defendants*. )

## NOTICE TO PLAINTIFFS OF FILING OF
## DEFENDANTS' NOTICE OF REMOVAL

**TO:**    **JAMES PUDLOWSKI, LOUIS C. CROSS, III, GAIL HENRY, and STEVE HENRY**, by and through their attorney of record Steven J. Stolze, Holland Law Firm, 300 N. Tucker, Suite 801, St. Louis, Missouri 63101

      PLEASE TAKE NOTICE that on February 11, 2016, Defendants The St. Louis Rams, LLC, The St. Louis Rams Partnership, and ITB Football Company, LLC removed the following action from the Circuit Court of the City of St. Louis, Missouri, to this court: *James Pudlowski, Louis C. Cross, III, Gail Henry, and Steve Henry v. The St. Louis Rams, LLC, The St. Louis Rams Partnership, and ITB Football Company, LLC*, No. 1622-CC00083.

Respectfully submitted,

DENTONS US LLP

By:    */s/ Roger K. Heidenreich*
Roger K. Heidenreich, #40898MO
Elizabeth T. Ferrick, #52241MO
Amy E. Sestric, #66219MO
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile:  (314) 259-5959
roger.heidenreich@dentons.com
elizabeth.ferrick@dentons.com
amy.sestric@dentons.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following, and a copy of the foregoing was also served via U.S. mail to:

Steven J. Stolze
Holland Law Firm
300 N. Tucker
Suite 801
St. Louis, Missouri 63101
*Attorney for Plaintiffs*

                                            */s/ Amy E. Sestric*